158 A.3d 571

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WOODROW MILLER, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000124–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 571

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VIRGIL SUGGS (A/K/A MALIK SUGGS, MALIK HINTON, VIRGIL L. SUGGS, VIRGIL M. SUGGS), DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000073–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.